1  SHANNON R. BOYCE, Bar No. 229041
   E-mail: sboyce@littler.com
2  NATALIE A. RAINFORTH, Bar No. 259379
   E-mail: nrainforth@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  2049 Century Park East
   5th Floor
5  Los Angeles, CA  90067.3107
   Telephone:  310.553.0308
6  Facsimile:   310.553.5583

7  Attorneys for Defendant
   OFFICE DEPOT, INC.
8

9  LINDA A. ALBERS, Bar No. 217250
   E-mail: albers@lawspecialties.com
10 LAW SPECIALTIES
   27794 Hidden Trail Road
11 Laguna Hills, CA  92653
   Telephone:  949.900.6995
12 Facsimile:   949.861.9546

13 Attorney for Plaintiff
   MAURICE SIMPSON
14

15

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18

19 MAURICE SIMPSON, an              | Case No. 10-CV-02512-DMG
   individual,
20                                  | [~~PROPOSED~~] ORDER RE JOINT
              Plaintiff,            | STIPULATION RE PROTECTIVE
21                                  | ORDER
      vs.
22                                  | Trial Date:  July 19, 2011
   OFFICE DEPOT, INC., a            | Complaint Filed:  February 16, 2010
23 corporation; and DOES 1-50;
24            Defendants.

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

1  The Court, having read and considered Defendant Office Depot, Inc.'s and
2  Plaintiff Maurice Simpson's Joint Stipulation re Protective Order, and good cause
3  appearing, decrees as follows:
4      **IT IS HEREBY ORDERED** that the Parties' Joint Stipulation re Protective
5  Order is APPROVED.

7      **IT IS SO ORDERED.**

8  Dated: 1/11/11

10 HONORABLE ~~DOLLY M. GEE~~ Charles F. Eick
   U.S. ~~DISTRICT COURT JUDGE~~
11 Magistrate Judge

12 Firmwide:99597731.1 063095.1010

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

1.